**DENIED and Opinion Filed March 29, 2023**



In The

## Court of Appeals
## Fifth District of Texas at Dallas

_____

### No. 05-23-00290-CV
_____

## IN RE ONCOR ELECTRIC DELIVERY COMPANY LLC, Relator

**Original Proceeding from the 191st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-16-01615**

## MEMORANDUM OPINION

Before Justices Molberg, Goldstein, and Breedlove
Opinion by Justice Molberg

In its March 28, 2023 petition for writ of mandamus, relator seeks relief from the trial court's order granting real party in interest's motion to increase juror pay in the underlying action.

Entitlement to mandamus relief requires relator to show that the trial court clearly abused its discretion and that relator lacks an adequate appellate remedy. *In re Prudential Ins. Co. of Am.*, 148 S.W.3d 124, 135–36 (Tex. 2004) (orig. proceeding). Relator bears the burden of providing the Court with a sufficient record to show he is entitled to relief. *Walker v. Packer*, 827 S.W.2d 833, 837 (Tex. 1992) (orig. proceeding).

Relator's petition does not comply with the Texas Rules of Appellate Procedure. The documents contained in relator's record are neither certified nor sworn copies. *See* TEX. R. APP. P. 52.3(k)(1)(A), 52.7(a)(1). Additionally, relator refers to a relevant hearing but did not include a properly authenticated transcript of any relevant testimony or a statement that no testimony was adduced in connection with the matter complained. *See* TEX. R. APP. P. 52.7(a)(2). Without a sufficient record, relator has failed to carry its burden.

Accordingly, we deny relator's petition for writ of mandamus. Having denied the petition, we also deny relator's motion for expedited relief as moot.

/Ken Molberg/
KEN MOLBERG
JUSTICE

230290F.P05